UNITED STATES DISTRICT COURT
SOUTHERN DISCTRICT OF FLORIDA

Case No.: 014-cv-61735 RNS

MICHELLE ESPIDO,

Plaintiff,

vs.

FLANIGAN'S ENTERPRISES, INC.,
a Florida Company,

Defendant.

_____/

## STIPULATION FOR ORDER OF DISMISSAL

An amicable settlement of all matters and things in dispute between the parties hereto having been made, it is,

STIPULATED and AGREED by and between the parties hereto that the above cause may be dismissed with prejudice, each party to bear their own attorneys' fees and costs. The parties request that the Court retain jurisdiction to enforce the parties' settlement agreement, if necessary.

DATED this 6th day of November, 2014

LAW OFFICES OF SHAWN L. BIRKEN, P.A.
Shawn L. Birken, Esq.
100 SE 3rd Ave., Suite 1300
Fort Lauderdale, Florida 33394
Direct Dial: 954-990-4459
Fax: 954-990-4469
Fax: 561-826-5201

By:  s:/ Shawn L. Birken, Esq.
    SHAWN L. BIRKEN, ESQ.
    Fla. Bar No.: 418765

ROBERTS & DURKEE, P.A.
*Attorneys for Plaintiff*
Alhambra Towers, Penthouse I
121 Alhambra Plaza, Suite 1603
Coral Gables, Florida 33134
Telephone No.: 305-442-1700
Facsimile No.:  305-442-2550
E-Mail: Roberts@rdlawnet.com

By:  s:/ H. Clay Roberts
    H. CLAY ROBERTS, ESQ.
    Fla. Bar No.:  262307